UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLARD SANTOS,<br><br>                        Plaintiff,<br><br>            v.<br><br>A. CIOLLI,<br><br>                        Defendant. | No.  1:20-cv-01638-ADA-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No.  9) |

   Plaintiff Willard Santos is a state prisoner proceeding pro se and in forma pauperis in this civil rights action.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On May 4, 2023, the assigned Magistrate Judge screened Plaintiff's Complaint and found that it failed to state a claim.  (ECF No. 7.)  Plaintiff was given three options to exercise within twenty-one (21) days from May 4, 2023: (1) file a First Amended Complaint ("FAC"); (2) file a notice that he intends to stand on his initial complaint subject to the undersigned recommending the district court dismiss for reasons stated in the May 4, 2023, Screening Order; or (3) file a notice to voluntarily dismiss this action, without prejudice, under Federal Rule of Civil Procedure 41(a)(1) because no defendant had yet been served.  (*Id*. at 7–8.)  The Court expressly warned Plaintiff that if he "fails to timely respond to this Court Order, *i.e*., fails to elect and notify the Court of any of the three options, the undersigned will recommend that the district court dismiss

this case as a sanction for Plaintiff's failure to comply with a court order and for failing to prosecute this action . . . ." (*Id*. at 8.)

On June 14, 2023, the Magistrate Judge issued findings and recommendations ("F&R") to dismiss the case for failure to prosecute and comply with a court order. (ECF No. 9.) The F&R was served upon Plaintiff at his address of record and Plaintiff was given 14 days to respond. (*See* docket.) To date, Plaintiff has not filed any response to the May 4, 2023, Screening Order, nor has he filed objections to the June 14, 2023, F&R, and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1)(C), the Court conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS SO ORDERED:

1. The findings and recommendations issued on June 14, 2023 (ECF No. 9), are ADOPTED in full;
2. This action is DISMISSED without prejudice; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   August 22, 2023

UNITED STATES DISTRICT JUDGE

2